IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:02–CR–22-3B0



FILED
APR 1 8 2011
US DISTRICT COURT, EDNC
BY ___ DEP. CLK

| | |
|---|---|
| GENE ANTHONY BROWN, JR., ) | |
| Petitioner, ) | |
| ) | **ORDER TO SEAL** |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |

For good cause shown, Respondent's Motion to Seal [DE 653] is GRANTED. The Clerk's Office is DIRECTED to place Respondent's Memorandum in Support of Respondent's Motion to Dismiss [DE 647] and Respondent's Memorandum in Support of the Motion to Seal [DE 652] under seal.

DONE AND ORDERED in chambers, this _/S_ day of April, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE