# UNITED STATES DISTRICT COURT

### for the

### Eastern District of North Carolina

FILED IN OPEN COURT
ON __4/11/2013__ *LO*
**Julie A. Richards, Clerk**
**US District Court**
**Eastern District of NC**

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Gene Anthony Brown, Jr. | ) |
| | ) |

**AMENDED JUDGMENT**

Case No:  7:02-CR-22-3BO

USM No:  21091-056

| | | |
|---|---|---|
| Date of Original Judgment: | March 4, 2003 | ) |
| Date of Previous Amended Judgment: | N/A | ) |
| *(Use Date of Last Amended Judgment if Any)* | | ) |

Pro Se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

The amount of crack cocaine involved was 8.4 kilograms or greater.  Therefore, a reduction is not warranted.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated _____ shall remain in effect. **IT IS SO ORDERED.**

Order Date:  *4-11-13*

*Terrence Boyle*
*Judge's signature*

Effective Date:  _____
*(if different from order date)*

Terrence W. Boyle, United States District Judge
*Printed name and title*

EDNC 7/26/2012