# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA



James L. Corpening, Jr.  
Chief U.S. Probation Officer

Two Princess Street, Room 308  
Wilmington, NC 28401-3947  
910-679-2046  
Fax: 910-815-4906

**DATE:** March 9, 2018

**FROM:** John A. Cooper  
U.S. Probation Officer

**SUBJECT:** BROWN, JR., Gene Anthony  
Case No.: 7:02-CR-22-3BO  
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle  
U.S. District Judge

On March 4, 2003, after pleading guilty to Conspiracy to Distribute and Possess With Intent to Distribute 5 Kilograms or More of Cocaine and 50 Grams or More of Cocaine Base (Crack), Gene Anthony Brown, Jr. appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 192 months imprisonment to be followed by 5 years supervised release. The defendant was released from custody on February 19, 2016, and began supervision in the Eastern District of North Carolina.

He has performed satisfactorily on supervision, submitted to DNA testing, and all drug tests have been negative. He was assessed by our office as being relatively low risk to reoffend and he has been on low intensity supervision since October 2016. His supervised release is scheduled to expire on February 18, 2021.

Due to his compliance, the probation office is requesting early termination. The U.S. Attorney's Office has been contacted but we have not received a response. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.  
☐ I disagree with the recommendation. I will reconsider in one year.  
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____  3-11-18  
Terrence W. Boyle                Date  
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.   Crim. No. 7:02-CR-22-3BO

GENE ANTHONY BROWN, JR.

On February 19, 2016, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ John A. Cooper<br>John A. Cooper<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-679-2046<br>Executed On: March 9, 2018 |

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __11__ day of __March__, 2018.

Terrence W. Boyle  
U.S. District Judge